JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. CARDENAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of the Social<br>Security Administration,<br><br>                    Defendant. | CASE NO. 5:17-CV-01685-RGK (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.


DATED: January 10, 2019

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE